UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-60631-CIV-DIMITROULEAS/HUNT

YOCASTA MOMPIE,

     Plaintiffs,

v.

FRANK BISIGNANO,

     Defendants.

_____

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court on Plaintiff's Motion for Summary Judgment [DE 12], filed herein on September 2, 2025, and the July 14, 2026 Report and Recommendation entered by United States Magistrate Judge Patrick M. Hunt [DE 16] (the "Report"). The Court notes that no objections to the Report [DE 16] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 16] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 16] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 16] is hereby **ADOPTED** and **APPROVED**;

2.     Plaintiff's Motion for Summary Judgment [DE 12] is **GRANTED**;

3.      Defendant's Motion for Summary Judgment [DE 14] is **DENIED**;

4.      The decision of the Commissioner of Social Security is **REMANDED** with instructions to the Administrative Law Judge to further consider the medical evidence of record related to the claimant's impairments in the formulation of the claimant's residual functional capacity, take further action to complete the administrative record, and issue a new decision.

5.      The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record